ACCEPTED
14-15-00377-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/11/2015 5:08:25 PM
CHRISTOPHER PRINE
CLERK

## NO. <u>1056480</u>

| | | |
|---|---|---|
| **ROC TX LAKESIDE, LLC** | § | **IN THE COUNTY CIVIL COURT** |
| *Plaintiff*, | § | FILED IN<br>14th COURT OF APPEALS<br>HOUSTON, TEXAS |
| **V.** | § | **COUNTY COURT AT LAW NO. 1** |
| | § | 5/11/2015 5:08:25 PM<br>CHRISTOPHER A. PRINE<br>Clerk |
| **ELMER H. LOPEZ, INDIVIDUALLY** | § | |
| **AND DBA EHL CONSTRUCTION AND** | § | |
| **PAINTING** | § | |
| *Defendants*. | § | **OF HARRIS COUNTY, TEXAS** |

## <u>NOTICE OF APPEAL</u>

Defendants Elmer H. Lopez, individually and DBA EHL Construction and Painting, parties to this case, file this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court case number and style of this matter are shown in the above captioned matter.

The judgment or order appealed from was signed on 02/19/2015 and 02/26/2015 both Orders Removing Invalid Unenforceable Lien.

Elmer H. Lopez, individually and DBA EHL Construction and Painting, desires to appeal the judgments of the Trial Court because the trial court erred in voiding Defendants valid Constitutional Lien on the property known as Monte Carlo Apartment Homes.

This appeal is being taken to either the First or Fourteenth Court of Appeals.

This notice is being filed by Elmer H. Lopez, individually and DBA EHL Construction and Painting.

Respectfully submitted on this the 23rd day of April, 2015,

BAUNCHAND & ASSOCIATES
211 Baker Road, Suite 479
Barker, Texas 77413
Tel: (281) 888-4644

Fax (281) 888-4698


By:  /s/Karen George-Baunchand
      KAREN GEORGE-BAUNCHAND
      Texas Bar No. 24043285
      Email:  baunnchand_associates@yahoo.com
      Attorney for Plaintiff
      Elmer H. Lopez, individually and DBA
      EHL Construction and Painting


## CERTIFICATE OF SERVICE

I certify that on April 23, 2015 a true and correct copy of Plaintiff's Notice of Appeal was served on ROBERT ELDRIDGE BONE electronically through the electronic filing manager.


/s/Karen George-Baunchand
KAREN GEORGE-BAUNCHAND